PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Steven J. Valentino | Cr.: 24-00231-001 |
| | PACTS #: 8472741 |

Name of Sentencing Judicial Officer:     THE HONORABLE BERTE M. SCHILLER
                                                                 UNITED STATES DISTRICT JUDGE, ED/PA
                                                                 (Jurisdiction transferred to the Hon. Renée Marie Bumb on April 3, 2024)

Date of Original Sentence: 02/07/2023

Original Offense:    Count One: Conspiracy To Defraud and Receive Kickbacks, 18 U.S.C. § 371
                           Count Four and Five: Paying and Receiving Kickbacks; Aiding and Abetting, 42 U.S.C. § 1320a-7b (b)(2) and 18 U.S.C. § 2

Original Sentence: 1 day imprisonment on Counts 1, 4, and 5 to be served concurrently, 3 years supervised release on each count, concurrent

Special Conditions: Fine - $40,000.00, Restitution -$1,063,558.00, Forfeiture, Location Monitoring Program, Financial Disclosure, No New Debt/Credit, Community Service – 300 Hours,

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 02/07/2023 |

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Rome, Italy to celebrate Christmas with his family. Mr. Valentino requests permission to travel from December 21, 2024, through December 29, 2024. He will be traveling with his wife and children.

U.S. Probation Officer Action:

Our office recommends that the travel request be approved. Mr. Valentino reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Mr. Valentino has maintained a stable residence and is unemployed since June 15, 2023. Mr. Valentino has satisfied his financial obligation of $1,103,858.00. Mr. Valentino has satisfied all 300 hours of his community service condition. As such, he is in full compliance with the conditions of supervised release.

                                                                Respectfully submitted,

                                                                SUSAN M. SMALLEY, Chief
                                                                U.S. Probation Officer

                                                       By:    PATRICK HATTERSLEY
                                                                          Supervising U.S. Probation Officer

Prob 12A – page 2
Steven J. Valentino

/ jcb

PREPARED BY:

_____   11/26/24
J. CHLOE BOHNE                    Date
U.S. Probation Officer Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

12/12/2024
Date